IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAY - 1 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )   CASE NO. 3:11-CR-350-P(01) |
| | ) |
| MARLON LEONEL RUBIO-LOPEZ | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**MARLON LEONEL RUBIO-LOPEZ**, by consent, under authority of United States v.

Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has

entered a plea of guilty to the Indictment. After cautioning and examining **MARLON LEONEL**

**RUBIO-LOPEZ** under oath concerning each of the subjects mentioned in Rule 11, I determined that

the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty be accepted and that **MARLON LEONEL RUBIO-LOPEZ** be

adjudged guilty and have sentence imposed accordingly.

Date:

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).